NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.   Criminal Number 04-cr-232

Juvenal Ovidio Ricardo Palmera Pineda
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ☒ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Kenneth Mark Burton CO30993
*(Attorney & Bar ID Number)*

Law Office of Mark Burton
*(Firm Name)*

1175 Osage St. Suite 210 Suite 210
*(Street Address)*

Denver.              CO              80204
*(City)        (State)        (Zip)*

303-517-1187
*(Telephone Number)*